# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO LEON OREA, INDIVIDUALLY AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION,<br> Defendant. | Case No. 4:17-cv-01253-HSG<br><br>ORDER GRANTING STIPULATION RE AMENDED COMPLAINT AND DEFENDANT'S DEADLINE TO RESPOND TO AMENDED COMPLAINT<br><br>Hon. Haywood S. Gilliam, Jr. |

**IT IS HEREBY ORDERED,** good cause appearing, that:

1. Plaintiff is given leave to file a First Amended Complaint. The First Amended Complaint shall be filed by May 29, 2017;

2. Defendant's responsive pleading shall be due twenty-one (21) days after Plaintiff files his First Amended Complaint.

- 1 -
[PROPOSED] ORDER GRANTING STIPULATION RE AMENDED COMPLAINT AND DEFENDANT'S DEADLINE TO RESPOND TO AMENDED COMPLAINT

Dated: April 26, 2017

_____
Hon. Haywood S. Gilliam, Jr.

United States District Judge