# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO LEON OREA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION<br><br>Defendant. | Case No. 4:17-cv-01253-HSG<br><br>**ORDER** |

IT IS HEREBY ORDERED that the Plaintiffs' counsel's request to appear telephonically at the Case Management Conference hearing on June 13, 2017, at 2:00 p.m., is hereby granted. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated this 9th day of June, 2017

_____
The Honorable Haywood S. Gilliam, Jr.