UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALFREDO LEON OREA, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION,<br><br>            Defendant. | Case No. 4:17-cv-01253-HSG<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANT'S MOTION TO APPEAR BY TELEPHONE** |

IT IS HEREBY ORDERED that the Defendant's counsel's request to appear telephonically at the Case Management Conference hearing on June 13, 2017, at 2:00 p.m. is GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated this 12th day of June, 2017.

*/s/ Haywood S. Gilliam, Jr.*

The Honorable Haywood S. Gilliam, Jr.