UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO LEON OREA, INDIVIDUALLY AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION,<br><br>Defendant. | Case No. 4:17-cv-01253-HSG<br><br>Assigned to Hon. Haywood Gilliam, Jr.<br><br>**ORDER RE THIRD JOINT STIPULATION TO FILE AMENDED COMPLAINT AND DEFENDANT'S DEADLINE TO RESPOND TO AMENDED COMPLAINT**<br><br>Complaint Filed: March 9, 2017 |

On June 16, 2017, Plaintiff Alfredo Leon Orea, individually and on behalf of all others similarly situated ("Plaintiff") and Defendant Bank of America, N.A. ("BANA"), erroneously sued as Bank of America Corporation, (collectively the "Parties"), by and through their respective counsel, stipulated and agreed pursuant to Federal Rule of Civil Procedure 15(a)(2) that Plaintiff could file an amended complaint on or before July 20, 2017. The Parties further stipulated and agreed and requested that this Court order, pursuant to Civil Local Rule 6-1 and 6-2, that BANA's deadline to respond to Plaintiff's amended complaint to be extended to twenty-one (21) days after filing of the amended complaint.

| | |
|---|---|
| 1 | The Court having considered the joint stipulation, and finding good cause |
| 2 | therein, hereby **Grants** the request and order as follows: |
| 3 | BANA's deadline to file a response to Plaintiff's amended complaint in this |
| 4 | matter is twenty-one (21) days after the Second Amended Complaint is filed, which |
| 5 | will occur on or before July 20, 2017 pursuant to the stipulation of the Parties. |
| 6 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** |
| 8 | Dated: June 19, 2017 |

_/s/ Haywood S. Gilliam, Jr._
Honorable Haywood S. Gilliam, Jr.
United States District Judge

2  [PROPOSED] ORDER RE AMENDED COMPLAINT
Case No. 4:17-CV-01253-HSG