# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALFREDO LEON OREA,** INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>**BANK OF AMERICA CORPORATION,**<br><br>Defendant. | Case No. 4:17-cv-01253-HSG<br><br>**ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice as to the Named Plaintiff and without prejudice as to the Putative Class.  Each party shall bear their own costs and expenses.

Dated this 7th day of September, 2017

*Haywood S. Gilham Jr.*
The Honorable Haywood S. Gilham, Jr

Order to Dismiss - 1