**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ALFREDO LEON OREA,** INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, )<br><br>Plaintiff, )<br><br>v. )<br><br>**BANK OF AMERICA CORPORATION,** )<br><br>Defendant. ) | Case No. 4:17-cv-01253-HSG<br><br>**ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties

the entire case is dismissed with prejudice as to the Named Plaintiff and without

prejudice as to the Putative Class.  Each party shall bear their own costs and

expenses.

Dated this 7th day of September, 2017

_____
The Honorable Haywood S. Gilliam, Jr